

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00319-CR

Shy Angelo **CASARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1070
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED May 6, 2020.

_____
Beth Watkins, Justice